VLOCK & ASSOCIATES, P.C.
*Attorneys CadleRock Joint Venture L.P.*
630 Third Avenue, 18th Floor
New York, New York 10017
Stephen Vlock, Esq.
(212) 557-0020
svlock@vlocklaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re                                                                                    Chapter 13

        MOHAMED IMRAN ALLI,                         Case No. 25-42900-ess

                                Debtor.
------------------------------------------------------------------X

## NOTICE OF MOTION TO COMPEL DEBTOR TO
## ANSWER QUESTIONS AT 341 MEETING

PLEASE TAKE NOTICE, that on February 17, 2026, at 10:30 a.m., or as soon thereafter as counsel may be heard, a hearing will be held at the United States Bankruptcy Court for the Eastern District of New York, before the Honorable Elizabeth S. Stong, at the courthouse located at 271-C Cadman Plaza East, Brooklyn, New York 11201, on the annexed motion of CADLEROCK JOINT VENTURE L.P., by its attorneys, Vlock & Associates, P.C., for an order pursuant to 11 U.S.C. § 343, compelling the Debtor to answer questions by counsel for CadleRock Joint Venture L.P. at the Section 341 Meeting, and for such other and further relief as the Court deems just and proper under the circumstances.

PLEASE TAKE FURTHER NOTICE, that any party who wishes to participate at the hearing must register with eCourt Appearances two days in advance of the Hearing. Instructions

and the link to register using eCourt Appearances may be found here: https://www.nyeb.uscourts.gov/registering-remote-hearing-appearance-using-ecourt-appearances. See Judge Stong's chambers page on the Court website for further information at: https://www.nyeb.uscourts.gov/content/judge-elizabeth-s-stong.

PLEASE TAKE FURTHER NOTICE, that objections, if any, must be in writing and be filed with the Court, with a courtesy copy to the chambers of the Honorable Elizabeth S. Stong, if applicable, on or before February 10, 2026 at 4:00 p.m., as follows: (a) through the Court's electronic filing system, which may be accessed through the internet at the Court's website at www.nyeb.uscourts.gov, in .PDF format; or (b) if a party is unavailable to file electronically, such party shall submit the objection in .PDF format on a compact disc in an envelope with the case name, case number, type and title of document, document number to which the objection refers and the file name on the outside of the envelope; and (c) served upon the undersigned attorneys.

Dated:      New York, New York
               February 3, 2026

                                        VLOCK & ASSOCIATES, P.C.
                                        Attorneys for CadleRock Joint Venture L.P.
                                        630 Third Avenue, 18th Floor
                                        New York, New York 10017
                                        (212) 557-0020

                                        By: *s/Stephen Vlock*
                                        Stephen Vlock, Esq.
                                        svlock@vlocklaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re                                                                    Chapter 13

        MOHAMED IMRAN ALLI,                       Case No. 25-42900-ess

                                  Debtor.
-----------------------------------------------------------------X

**MOTION OF CADLEROCK JOINT VENTURE L.P. TO COMPEL DEBTOR TO ANSWER QUESTIONS AT 341 MEETING**

TO THE HONORABLE ELIZABETH S. STONG
UNITED STATES BANKRUPTCY JUDGE:

        CADLEROCK JOINT VENTURE L.P. ("CadleRock"), by its attorneys, Vlock & Associates, P.C., as and for its motion ("Motion") for an order pursuant to 11 U.S.C. § 343, compelling the Debtor to answer questions by CadleRock's counsel at the Section 341 Meeting, and for such other and further relief as the Court deems just and proper under the circumstances, respectfully states as follows:

**JURISDICTION**

        1.      The Debtor filed a petition under Chapter 13 of the United States Bankruptcy Code on June 16, 2025.

        2.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue of this proceeding is proper in this jurisdiction pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief requested herein are 11 U.S.C. §§ 341 and 343.

## BACKGROUND

3. On August 25, 2025, CadleRock filed a fully secured proof of claim ("Claim") in the amount of $131,830.36, identified on the claims register as Claim No. 8.

4. On November 5, 2025, the Debtor appeared with his counsel at the Section 341 meeting of creditors. At that time, with the permission of the Chapter 13 Trustee, CadleRock's counsel attempted to ask questions of the Debtor. However, the Debtor's counsel, Karamvir Dahiya, instructed the Debtor not answer any questions by CadleRock's counsel. Mr. Dahiya improperly claimed that the fact that the Debtor had filed a motion for a Rule 2004 examination of CadleRock somehow prevented CadleRock from asking the Debtor questions at the Section 341 meeting.

5. Based on Mr. Dahiya's improper instruction to the Debtor to refuse to answer any of CadleRock's questions, the Chapter 13 Trustee adjourned the Section 341 Meeting, which is currently re-scheduled for March 4, 2026.

## THIS DEBTOR SHOULD BE COMPELLED TO ANSWER QUESTIONS AT THE SECTION 341 MEETING

6. Debtor's counsel has refused to allow CadleRock to ask questions of the Debtor at the Section 341 Meeting and has improperly instructed the Debtor not to answer any questions.

7. 11 U.S.C. § 343 expressly authorizes questioning of the Debtor by creditors:

> The debtor shall appear and submit to examination under oath at the meeting of creditors under section 341(a) of this title. **Creditors**, any indenture trustee, any trustee or examiner in the case, or the United States trustee **may examine the debtor**. The United States trustee may administer the oath required under this section. [Emphasis added]

8. In this case, the Debtor's counsel, Mr. Dahiya, has instructed the Debtor not to answer any of CadleRock's questions at the Section 341 Meeting. Such an instruction is improper and violates the provisions of 11 U.S.C. § 343.

9. Accordingly, the Court should compel the Debtor to appear at the Section 341 Meeting and answer all questions put to him by CadleRock.

WHEREFORE, it is respectfully requested that the Court grant instant motion in its entirety, together with such other and further relief as the Court deems just and proper under the circumstances.

Dated:     New York, New York
             February 3, 2026

                                             VLOCK & ASSOCIATES, P.C.
                                             Attorneys for CadleRock Joint Venture L.P.
                                             630 Third Avenue, 18th Floor
                                             New York, New York 10017
                                             (212) 557-0020

                                             By: *s/Stephen Vlock*
                                             Stephen Vlock, Esq.
                                             svlock@vlocklaw.com

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on February 3, 2026, I caused a copy of the within NOTICE OF MOTION TO COMPEL DEBTOR TO ANSWER QUESTIONS AT 341 MEETING and supporting papers, to be served by ECF and/or mail upon:

DAHIYA LAW OFFICES, LLC
75 Maiden Lane, Suite 606
New York, New York 10038

MOHMAD IMRAM ALLI
90-05 218 Place
Queens Village, New York 11428

KRISTA M. PREUSS
100 Jericho Quadrangle, Suite 127
Jericho, New York 11753

United States Trustee
Office of the United States Trustee
201 Varick Street, Room 1006
New York, New York 10014

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:    New York, New York
           February 3, 2026

                                    *s/Stephen Vlock*
                                      STEPHEN VLOCK