UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
IN RE:

MOHAMED IMRAN ALLI,

Debtor.
-------------------------------------------------------X

December 2, 2026
10:00AM

Chapter 13
Case No: 125-42900-ESS

**NOTICE OF SETTLEMENT OF**

**PROPOSED ORDER DISMISSING CASE**

SIRS/MESDAMES:

PLEASE TAKE NOTICE, that an Order of which the within is a true copy will be presented for settlement to the Honorable Elizabeth S. Stong, U.S. Bankruptcy Judge, at the United States Bankruptcy Court at 271 Cadman Plaza East, Brooklyn, New York on December 2, 2026, at 10:00AM.

PLEASE TAKE FURTHER NOTICE, that counter-orders must be presented and served upon the undersigned no later than three (3) days prior to the settle date set forth above, and if no counter-order is presented and served, the attached Order may be signed.

Date: Jericho, New York
September 30, 2026

s/*Krista M Preuss*
KRISTA M PREUSS, CH 13 TRUSTEE
100 JERICHO QUADRANGLE, STE 127
JERICHO, NY 11753
(516) 622-1340

THIS ORDER RELATES TO A
HEARING HELD ON
SEPTEMBER 16, 2026

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
IN RE:

MOHAMED IMRAN ALLI,

Debtor.
------------------------------------------------------X

Chapter 13
Case No. 125-42900-ESS

ORDER DISMISSING CASE

UPON the November 24, 2025, written application of Krista M. Preuss, Chapter 13 Trustee (the "Trustee"), seeking entry of an Order dismissing this Chapter 13 case pursuant to 11 U.S.C. §1307(c) and due notice of this application having been given to all necessary parties; and

WHEREAS, on December 13, 2025 the Debtor filed Objection to the Trustee's Motion to Dismiss; and

WHEREAS, on September 16, 2026, the Trustee appeared in support thereof and Steven Giordano, Esq. appeared on behalf of CadleRock Joint Venture, and Karamvir Dahiya, Esq., appeared on behalf of the Debtor; and

WHEREAS, on September 16, 2026 the Court held a hearing on the Motion to Dismiss and overruled the Debtor's Objection to the Motion to Dismiss; and

WHEREAS, based upon the findings of fact and conclusions of law as stated on the record, cause exists to dismiss this case pursuant to 11 U.S.C. §1307(c); it is hereby

ORDERED, that this Chapter 13 case is dismissed pursuant to 11 U.S.C. §1307(c).

Dated: Brooklyn, NY
, 2026

______________________________
Hon. Elizabeth S. Stong
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X Chapter 13 Case No: 125-42900-ESS
IN RE

MOHAMED IMRAN ALLI,

CERTIFICATE OF SERVICE

Debtor.
----------------------------------------------------------X

I, Dani M. Boyer, declare under penalty of perjury that I have sent the attached document to the below listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Notice by first class mail was sent to the following persons/entities:

MOHAMED IMRAN ALLI
90-05 218 PLACE
QUEENS VILLAGE, NY 11428

Notice by electronic transmission generated by the ECF system to the following persons/entities pursuant to Bankruptcy Rule 9036:

KARAMVIR DAHIYA, ESQ., karam@dahiya.law

CadleRock Joint Venture L.P., c/o Vlock & Associates, P.C., sgiordano@vlocklaw.com

Deutsche Bank National Trust, c/o Hill Wallack LLP, afugate@hillwallack.com

NewRez LLC dba Shellpoint Mortgage, c/o Hill Wallack LLP, afugate@hillwallack.com

Transmission times for electronic delivery are Eastern Time zone.

This September 30, 2026

*s/ Dani M. Boyer*
Dani M. Boyer, Senior Paralegal
Office of the Standing Chapter 13 Trustee
Krista M Preuss, Esq.
100 Jericho Quadrangle; Suite 127
Jericho, NY 11753
(516) 622-1340

Index No: 125-42900-ESS
UNITED STATES BANKRUPTCY COURT:
EASTERN DISTRICT OF NEW YORK

IN RE

MOHAMED IMRAN ALLI,

Debtor.

**NOTICE OF SETTLEMENT AND ORDER DISMISSING CASE**

**KRISTA M PREUSS, TRUSTEE**
**100 JERICHO QUADRANGLE, STE 127**
**JERICHO, NY 11753**
**(516) 622-1340**